UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KRYTIERE CHANEL WILKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:17-cv-1731-WTL-MPB |
| | ) | |
| MED-1 SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATEMENT OF DEFENSES FOR TRIAL**

Now comes Defendant Med-1 Solutions, LLC, by counsel, and files its Statement of Defenses for Trial pursuant to Section II D. of the Case Management Plan (Dkt. 20), and submits the following statement of the defenses it intends to prove at trial, and the legal theories upon which said defenses are based.

Defendant in its Answer (Dkt. 10) listed the affirmative defenses for which it bears the burden of proof and intends to prove:

1. To the extent, if any, that Defendant has violated the Fair Debt Collection Practices Act, such violation was the result of a bona fide error. The violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error. (15 U.S.C. § 1692k). *Id.* at 13.

To the extent, if any, that Defendant is to have violated the Fair Debt Collection Practices Act, the Defendant intends to raise the affirmative defense of Bona Fide Error pursuant to 15 U.S.C. § 1692k.  Defendant through testimony and/or affidavits intends to show that any violation of the F.D.C.P.A. was non intentional.  Additionally, Defendant intends to provide

through testimony, affidavits, and documents,that it maintained procedures that were reasonably adapted to avoid the error that led to the alleged F.D.C.P.A. violation.

Date: <u>July 12, 2018</u>

                                      Respectfully Submitted,

                                      <u>/s/ *Nicholas Moline*</u>
                                      Nicholas Moline, IN Atty # 29711-49
                                      Attorney for Defendant
                                      Med-1 Solutions, LLC
                                      517 U.S. Highway 31 North
                                      Greenwood, IN  46142
                                      (317) 883-5600
                                      Nicholas.Moline@med1solutions.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties of record.
                                      <u>/s/ *Nicholas Moline*</u>
                                      Nicholas Moline, IN Atty # 29711-49
                                      Attorney for Defendant