UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRYTIERE CHANEL WILKINS, <br><br> Plaintiff, <br> v. <br><br> MED-1 SOLUTIONS, LLC , <br><br> Defendant. | Case No. 1:17-cv-01731-JRS-MPB <br><br> Honorable Judge James R. Sweeney, II <br><br> Honorable Magistrate Matthew P. Brookman |

## ORDER OF DISMISSAL OF WITH PREJUDICE

Plaintiff, KRYTIERE CHANEL WILKINS ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court an Agreed Stipulation of Dismissal with prejudice and the Court having reviewed same, now finds that the Plaintiff's filed Complaint should be dismissed with prejudice.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

SO ORDERED.

Date: 11/27/2018

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:
All parties of record via CM/ECF